In re **Brian Menke and Alanna Menke** ,                               Case No. **09-40955**
                    Debtor(s)                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 3/24/2009

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Bank of the West - Rental*<br>*Location: In debtor's possession* | J | $ 2.75 |
| | | *Bank of the West - Savings*<br>*Location: In debtor's possession* | J | $ 0.00 |
| | | *TCF - Menke Property*<br>*Location: In debtor's possession* | J | $ 0.00 |
| | | *TCF - Personal*<br>*Location: In debtor's possession* | J | $ 5,927.44 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Household Furnishings*<br>*Location: In debtor's possession* | J | $ 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | *Clothing*<br>*Location: In debtor's possession* | J | $ 1,500.00 |
| 7. Furs and jewelry. | | *Wedding Rings*<br>*Location: In debtor's possession* | J | $ 6,000.00 |

Page   1   of   3

In re **Brian Menke and Alanna Menke**, Case No. **09-40955**
Debtor(s) (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 3/24/2009
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *401(k)* *Location: In debtor's possession* | J | $ 1,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. | X | | | |

Page __2__ of __3__

In re **Brian Menke and Alanna Menke**                     ,    Case No. **09-40955**
Debtor(s)                                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 3/24/2009
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | 1998 Nissan Altima<br>Location: In debtor's possession<br><br>2001 Chevy Tahoe<br>Location: In debtor's possession | J<br><br><br>J | $ 2,500.00<br><br><br>$ 6,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page   3   of   3                                                         Total ➔    $ 27,930.19

**(Report total also on Summary of Schedules.)**
Include amounts from any continuation sheets attached.

In re **Brian Menke and Alanna Menke**, Case No. **09-40955**
Debtor(s) (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT
## Amended 3/24/2009

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☒ 11 U.S.C. § 522(b) (2)
☐ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 362 Sioux Ct, Lino Lakes, MN 55014 PID 30-31-22-41-0028 LOT 7 BLOCK 2 SPIRIT HILLS Anoka County | 11 USC 522(d)(1) | $ 30,512.42 | $ 414,000.00 |
| Bank of the West - Rental | 11 U.S.C. § 522(d)(5) | $ 2.75 | $ 2.75 |
| Bank of the West - Savings | 11 U.S.C. § 522(d)(5) | $ 0.00 | $ 0.00 |
| TCF - Menke Property | 11 U.S.C. § 522(d)(5) | $ 0.00 | $ 0.00 |
| TCF - Personal | 11 USC 522(d)(5) | $ 5,927.44 | $ 5,927.44 |
| Household Furnishings | 11 USC 522(d)(3) | $ 5,000.00 | $ 5,000.00 |
| Clothing | 11 USC 522(d)(3) | $ 1,500.00 | $ 1,500.00 |
| Wedding Rings | 11 USC 522(d)(4)<br>11 USC 522(d)(5) | $ 2,700.00<br>$ 3,300.00 | $ 6,000.00 |
| 401(k) | 11 USC 522(d)(12) | $ 1,000.00 | $ 1,000.00 |
| 1998 Nissan Altima | 11 USC 522(d)(5) | $ 2,500.00 | $ 2,500.00 |
| 2001 Chevy Tahoe | 11 USC 522(d)(2) | $ 6,000.00 | $ 6,000.00 |

Page No. _1_ of _1_